# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LAVERNE C. LARSON & KATHLEEN O. LARSON    Case Number: 04-72985
1 A HEATHER DR.    SSN-xxx-xx-5357 & xxx-xx-7463
LASALLE, IL  61301

Case filed on: 6/8/2004
Plan Confirmed on: 8/27/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,931.80    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 204 | WELLS FARGO BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAVERNE C. LARSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 3,900.00 | 3,900.00 | 3,900.00 | 104.69 |
| 002 | THOMAS D LUCHETTI PC | 5,037.50 | 5,000.00 | 5,000.00 | 0.00 |
| 003 | KAY JEWELERS | 727.19 | 500.00 | 500.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 80,444.85 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 90,109.54 | 9,400.00 | 9,400.00 | 104.69 |
| 001 | AMCORE BANK NA | 3,897.89 | 3,897.89 | 3,897.89 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 7,603.50 | 7,641.00 | 7,641.00 | 0.00 |
| 003 | KAY JEWELERS | 0.00 | 227.19 | 227.19 | 0.00 |
| 005 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,480.09 | 2,480.09 | 2,480.09 | 0.00 |
| 006 | CAPITAL ONE | 602.08 | 602.08 | 602.08 | 0.00 |
| 007 | CASH ASAP | 668.88 | 668.88 | 668.88 | 0.00 |
| 008 | CREDIT FIRST NA | 587.30 | 587.30 | 587.30 | 0.00 |
| 009 | WORLD FINANCIAL NETWORK NATIONAL BANK | 644.86 | 644.86 | 644.86 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 1,036.18 | 1,036.18 | 1,036.18 | 0.00 |
| 011 | SWEDISH AMERICAN MEDICAL GROUP | 205.00 | 205.00 | 205.00 | 0.00 |
| 012 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 326.75 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 18,052.53 | 17,990.47 | 17,990.47 | 0.00 |
|  | Grand Total: | 109,526.07 | 28,754.47 | 28,754.47 | 104.69 |

Total Paid Claimant:    $28,859.16
Trustee Allowance:    $2,072.64    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008    By  /s/Heather M. Fagan